JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARI LENETT,<br><br>              Plaintiff,<br><br>    v.<br><br>CLEAR CHANNEL OUTDOOR, INC. et al.,<br><br>              Defendant. | Case No.  2:25-cv-04488-SK<br><br>**JUDGMENT** |

In accordance with the Order Granting Defendant's Motion to Compel Arbitration, **IT IS ADJUDGED** that Plaintiff's Complaint is dismissed without prejudice.

DATED: August 4, 2025

STEVE KIM
United States Magistrate Judge